**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Jessica R. Yusuf | : | Case No. 12-52925 |
| | : | Judge HOFFMAN |
|     *Debtor* | : | |

## CHANGE OF MAILING ADDRESS NOTIFICATION

NAME OF PARTY TO BE CHANGED:		Jessica R. Yusuf

NEW MAILING ADDRESS:			1932 Rock Creek Drive
						Grove City, OH 43123

FORMER MAILING ADDRESS:			4815 Oakway Drive
						Columbus, Ohio 43228

DATE:  3/6/2015				*/s/ Courtney A. Cousino*
						Courtney A. Cousino (0082136)
						Attorney for Debtor
						1335 Dublin Road, Suite 205C
						Columbus, OH 43215
						(614) 228-4435
						(614) 228-3882 *fax*
						e-mail:courtney@fesenmyerlaw.com

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Change of Address was sent by regular U.S. mail or Electronic Notification on this <u>6th</u> day of <u>March 2015</u> to the following:

*Via Electronic Notification to the following:*

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Courtney A Cousino (Perdue)    courtney@fesenmyerlaw.com, fesenmyerlaw@hotmail.com,fesenmyer_law@hotmail.com,danielle@fesenmyerlaw.com
- Faye D. English    notices@ch13columbus.com
- Brian M Gianangeli    bgianangeli@mifsudlaw.com
- Dimitrios G Hatzifotinos    dhatzifotinos@willislawohio.com, choughtaling@willislawohio.com;mcassone@willislawohio.com

*Via regular U.S. mail to the following:*

**Debtors:**
Jessica R. Yusuf
1932 Rock Creek Drive
Grove City, OH 43123

| | |
|---|---|
| <u>3/6/2015</u> | <u>*/s/ Courtney A. Cousino*</u> |
| Date | Courtney A. Cousino (0082136) |
| | Attorney for Debtor(s) |